**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6127**

———————

ANTHONY KELLY,

Plaintiff - Appellant,

versus

ALBERTO R. GONZALES, U.S. Attorney General,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(8:06-cv-03262-AW)

———————

Submitted:  May 10, 2007                    Decided:  May 14, 2007

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Kelly, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Kelly appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Kelly v. Gonzales</u>, No. 8:06-cv-03262-AW (D. Md. dated Jan. 11, 2007 & entered Jan. 12, 2007). We deny Kelly's motion objecting to the Prison Litigation Reform Act because Kelly was not required to proceed on appeal under the PLRA. We also deny Kelly's motion for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>